# DECLARATION
(ORCP Rule 1E) **CV '08-1496-BR**

I, MATTHEW Robert YOUNG, do declare that:

On December 22nd, 2008, I provide Intel corporation with a True copy of the enclosed complaint with Attached Exhibits with my Request to waiver of Service of Summons and complaint, with an enclosed Prepaid Envelope, with first class postage plus added USA ¢.34 stamp, with Two copies of the Summons, and Two copies of the waiver of Service of Summons, form AO 399 (Rev. 10/95) form 39.050.

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 22 day of December, 2008.

(Signature) /s/ Matthew R. Young

Print Name: Matthew R. Young
S.I.D. No. 8242666
277 Stanton Blvd,
Ontario, OR 97914



# CV '08-1496-BR

## AFFIDAVIT OF MAILING

FILED' 08 DEC 29 10:10 USDC-ORP

CASE NAME: MATTHEW R. YOUNG v. Intel Corporation

CASE NUMBER: (if known) _____

COMES NOW, Matthew R. Young being duly sworn on oath, depose and say: That I am incarcerated by the Oregon Department of Corrections at 777 Stanton Blvd., Ontario, OR 97914

That on the 22 day of December, 2008, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Request for waiver of service of Summons, a Complaint with attached Exhibits, and a Prepaid-pre addressed Envelope, to the U.S. District court marked LEGAL MAIL.

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Intel Corporation
2111 N.E. 25th Ave
JF3-147
Hillsboro, OR 97124

(Signature) Matthew R. Young

12.22.08
2:30 pm MT, Time

State of Oregon
County of Malheur

Signed and sworn to (or affirmed) before me on 12-22-, 2008 by Matthew R. Young

Notary Public-State of Oregon

My Commission expires: 5-26-2012

**OFFICIAL SEAL**
**MAUREEN ROSSI-HILL**
NOTARY PUBLIC-OREGON
COMMISSION NO. 427520
MY COMMISSION EXPIRES MAY 26, 2012

Page 1 of 1 – Affidavit of Mailing                                Form 02.040