Dear Judge Brown                                    Jan. 05, 09

My name is Matthew Robert Young. I am the pro se plaintiff in the civil actions Young v. Intel corporation. et al., 3:08-CV-1496 BR and Young v. Nooth, et al., CV-08-1138-PK.

I do not know what Your hidden intent is, nor do I care, I am formally requesting that You Remove Yourself form "ANY" matter wherefore I have an interest. You have shown a malicious moral turpitude toward me in a case to which You are not even assigned and You clearly misapplied All of the General Rules of Law to do so.

I am also informing You that I will be pursuing formal complaints against You, I have learned from past experience with another evil Judge, Michael W. Mosman, how to file such a complaints, and to be patient, (to a fault) while waiting the out come.

Please know this, if You do not remove Yourself from my affairs, I will Dismiss my own complaint, until such time as I have effectively Barred You from EVER hearing any of my issues of affairs.

PS You ERRORED when You failed to Acknowledge my claims against the court appointed Attorney

THANK YOU
RESPECTFULLY.
Matthew R Young