

Print Name: Matthew R. Young
Sid # 6242666
777 Stanton Blvd.
Ontario, OR 97914

ORIGINAL

FILED '09 FEB 11 14:32 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

MATTHEW ROBERT YOUNG,  )
          Pro Se Plaintiff  )
                    )
v.                    )
Intel corporation,  )
                    )
          Defendant.  )
                    )

Case No. CV-08-1496-BR

**MOTION FOR EXTENSION OF TIME**

--F.R.C.P. 6(b)--

COMES NOW, Matthew R. Young, a prisoner not represented by counsel and moves this court for an order granting a 90 day extension of time which to file the Court order Amended complaint, and motion for Reconsideration

This due date would be extended to the 13 day of May, 2009. This is the 1st request for an extension of time. This motion is supported by A Declaration w/ Attached Exhibit

Dated this 3 day of Feburary, 2009.

Respectfully Submitted,

Matthew R. Young
(Signature)
Print Name: Matthew R. Young
Sid # 6242666
777 Stanton Blvd.
Ontario, OR 97914

## DECLARATION
### (ORCP Rule 1E)

I, _Matthew R. Young_____, do declare that:

   That I have been placed in Disciplinary sergregation for 120 Days, For a Rule violation, that I did not committ.

   That I am Being Denied Access to any and All Law Books, court Rules, Rules of civil Procedure, F.R.C.P., and that I can not comply 🔲 with the court order to file an Amended complaint.

   That in furtherance of Denying me Access to court, I Beg this court Grant me Leave of Extention of Time, to gain Access to Some form of Legal points and Authorities to effectively Litigate my civil action.

   That I am Attaching copies of the many many inmate Special Housing Legal Law Library request, requesting Legal Books, so that I will Know what to file, and How.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY

KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS

EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 3 day of Feburary , 2009 .

Matthew R. Young
(Signature)
Print Name: Matthew R. Young
S.I.D. No. 6242666
777 Stanton Blvd.
Ontario, OR. 97914

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

*ORIGINAL*

TO: DSU Law Library _____ Date: JAN. 14. 08

State your issue in detail: Hello, I Am making my request on this CD 214 Because, DSC is out of DSU Legal Library Request forms, so I must use this. I request 15 pieces of Lined pleading paper, and 15 pieces of unlined and unnumbered pleading paper for the U.S. District court. Please send me a 7Th Ed. Unabridged Black's Law Dictionary, Federal Rules of court, ORS Vol. 1, Two pieces of carbon paper.

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| matthew Robert Young | 6242666 | DSC-08 B |

Response/Action Taken: There are always request forms on the legal cart. Please contact Property officer and ask for the two C3 Library books to be returned before they're overdue. 2 books denied; 3 book limit.
Sent: 30 x PP (15 Lined/15 Blank)
 Black's Law

 **2 PCS CARBON PAPER**

 **SENT # 199**

 **(EXCHANGE OLD FOR NEW)**

 37840

 JAN 1 5 2009

Date Received: _____  Referred To*: _____

Date Answered: **JAN 16 2009**  Signature of Staff Member: *M Rossi*

*If forwarded, please notify the inmate

CD 214 (12/04)

PRO SE. EX 1

# Special Housing Law Library Request Form   ORIGINAL

In order for services to be provided this form must be properly completed for each service requested. Failure to comply with these directives will result in the form being returned without services being scheduled.

SID: 12426GC   Last: Young   First: Matthew

Date: 01 / 15 / 09   Unit/Cell/Bunk: DSC / 08 / B

To be provided EMERGENCY SERVICE, attach the letter/document from the court that states the EMERGENCY.

☐ Verified Deadline: __/__/__ Court: US District   Case Number: CV-08-1138-PK
☐ Legal Assistant Call: _____
☐ Notary: Type of Document:_____ No. of documents _____
Example: Small Claims, Habeas Corpus, Post-Conviction, Mandamus, Etc.

*Case Law/Books*: Limit of 5 materials of which 3 may be books. One item per line.

| | Library Use Only | | | |
|---|---|---|---|---|
| | Filled | NA | Reserved | Denied |
| 1) ✗ 7th Ed. UNABRIGED Black's Law DICTionary | ☐ | ☐ | ☐ | ☒ |
| 2) ORS VOL. 1 | ☐ | ☐ | ☒ | ☐ |
| 3) ✗ Federal Rules of Civel Procedurs | ☒ | ☐ | ☐ | ☒ |
| 4) | ☐ | ☐ | ☐ | ☐ |
| 5) | ☐ | ☐ | ☐ | ☐ |

All or some materials not sent due to: Over the check out limit ☐ Overdue materials ☐

**Legal forms(s) requested.** There is a weekly limit of 10 forms & 30 pleading paper unless a specific need can be shown.

| | Filled | NA | Over Weekly Limit |
|---|---|---|---|
| 1) 15 pieces of unllned - unnumbered pleading paper | ☐ | ☐ | ☒ |
| 2) 15 pieces of lined pleading paper (For state court) | ☐ | ☐ | ☒ |
| 3) 3) Tort claims - w/ carbon paper 8 X 27.010 | ☒ | ☐ | ☐ |
| 4) 5) certified mailing 2.040 | ☒ | ☐ | ☐ |
| 5) 3) Declarations multable pages 4.030 | ☒ | ☐ | ☐ |

---

| **LIBRARY USE ONLY** | *YOU ARE SCHEDULED FOR THE FOLLOWING* | **LIBRARY USE ONLY** |
|---|---|---|

☐ Legal Assistant: WEEK of _____   ☐ Notary: WEEK of _____

☐ ADSEG UNIT: Word Processor_____

Comments: *You have Black's Law, Carbon paper was sent on Previous Kyte.*

_____
_____
_____
_____

Tracking No. 37860

Date Received: JAN 16 2009

Date Answered: JAN 16 2009

☐ Copy Request ☐ Envelopes ☐ Coordinator ☐ LA Question

PRO SE EX. 2
CV-08-1496-BR

_MRosu_
Staff Signature

# Special Housing Law Library Request Form     ORIGINAL —2

In order for services to be provided this form must be properly completed for each service requested. Failure to comply with these directives will result in the form being returned without services being scheduled.

SID: 6242666     Last: Young     First: Matthew

Date: 01/19/09     Unit/Cell/Bunk: DUC/D8/B

To be provided EMERGENCY SERVICE, attach the letter/document from the court that states the EMERGENCY.

☐ Verified Deadline: ___/___/___ Court: US District     Case Number: CV-08-1138-PK

☒ Legal Assistant Call: (?)
    *Example: Small Claims, Habeas Corpus, Post-Conviction, Mandamus, Etc.*

☐ Notary: Type of Document: _____ No. of documents _____

*Case Law/Books*: Limit of 5 materials of which 3 may be books. One item per line.

| | | Filed | NA | Reserved | Denied |
|---|---|---|---|---|---|
| P 1) | State v. Hagberg, 345 Or 161, 2008 WL 2923556 | ☒ | ☐ | ☐ | ☐ |
| P 2) | State v. Sawatzky 96 P.3d 1288 | ☒ | ☐ | ☐ | ☐ |
| P 3) | Parratt v. Taylor, (S.ct. 1981) Don't Know the cite, | ☒ | ☐ | ☐ | ☐ |
| 4) | FRCP Rules of court - REturning Blk, Law, Dic, | ☐ | ☐ | ☐ | ☒ |
| 5) | | ☐ | ☐ | ☐ | ☐ |

*Library Use Only*

All or some materials not sent due to: Over the check out limit ☒  Overdue materials ☐

**Legal forms(s) requested.** There is a weekly limit of 10 forms & 30 pleading paper unless a specific need can be shown.

| | | Filed | NA | Over Weekly Limit |
|---|---|---|---|---|
| 1) | 35.110 (3X) | ☒ | ☐ | ☐ |
| 2) | 35.140 (2X) | ☒ | ☐ | ☐ |
| 3) | 35.150 (2X) | ☒ | ☐ | ☐ |
| 4) | 35.160 (2X) | ☒ | ☐ | ☐ |
| 5) | 35.006 (3X) X1 | ☒ | ☐ | ☐ |

*Library Use Only*

---

**LIBRARY USE ONLY**     *YOU ARE SCHEDULED FOR THE FOLLOWING*     **LIBRARY USE ONLY**

☒ Legal Assistant: WEEK of 1-25 _____     ☐ Notary: WEEK of _____

☐ ADSEG UNIT: Word Processor _____

Comments: _____
_____
_____
_____
_____
_____
_____

Tracking No. 37873

Date Received: JAN 2 0 2009
              JAN 2 0 2009
Date Answered: _____

☐ Copy Request ☐ Envelopes ☐ Coordinator ☐ LA Question

PRO SE EX. 3
CV-08-1496-BR

_M. Ross_
Staff Signature

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: DSU Law Library                    Date: 01-20-09

State your issue in detail: I have Absolutely No control over these officers when they play the little games of not returning Legal or General Library Books. PLEASE Do not hold me accountable for someone who is supposed to be professional, their actions. Also there are now [No] DSU Legal Law Library Request Forms on the supply cart. So I request that You send me, the following.

ORS Vol. 1 - Rules of court (federal) - 4 Grievance forms ORS Vol. 4 - and (un Abradged) Black's Law Dictionary. I need these Book to Litigate my Active cases - I Also need 30 peeces of Lined pleading paper, and Two more Pieces of carbon paper.

*THANK YOU*

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Matthew Robert Young | 6242666 | DSC-08 B |

Response/Action Taken: There are always kytes on the legal carts. Please kyte the Property Officer to have him return your C3 Library books.

Grievance forms available from the unit officer.

You have the maximum number of items checked out already.

Sending: 30x Lined PP    **2 PCS CARBON PAPER**

**SENT # 199**

37965    (EXCHANGE OLD FOR NEW)

Denobace

Date Received: JAN 21 2009    Referred To*: _____

Date Answered: JAN 21 2009    Signature of Staff Member: _____

'If forwarded, please notify the inmate

PRO SE EX. 4
CV-08-1496-BR

CD 214 (12/04)

**Special Housing Law Library Request Form**    *ORIGINAL*

In order for services to be provided this form must be properly completed for each service requested. **Failure to comply with these directives will result in the form being returned without services being scheduled.**

SID: 6242666 ___ Last: Young ___ First: Matthew

Date: 1 / 21 / 09 ___ Unit/Cell/Bunk: DSC / 08 / B

To be provided EMERGENCY SERVICE, attach the letter/document from the court that states the EMERGENCY.

☑ Verified Deadline: __/__/__ Court: District U.S. Case Number: CV-1138-PK
☐ Legal Assistant Call: _____ CV-08-1496-BR

☐ Notary: Type of Document: _____ No. of documents _____

Example: Small Claims, Habeas Corpus, Post-Conviction, Mandamus, Etc.

*Case Law/Books:* Limit of 5 materials of which 3 may be books. One item per line.

| | | Library Use Only | | |
|---|---|---|---|---|
| | Filled | NA | Reserved | Denied |
| 1) UNABRIDGED Black's Law Dictionary | ☐ | ☐ | ☐ | ☐ |
| 2) Rules of Court Federal | ☐ | ☐ | ☐ | ☐ |
| 3) _____ | ☐ | ☐ | ☐ | ☐ |
| 4) _____ | ☐ | ☐ | ☐ | ☐ |
| 5) _____ | ☐ | ☐ | ☐ | ☐ |

All or some materials not sent due to: Over the check out limit ☐ (Overdue materials ■)

**Legal forms(s) requested.** There is a weekly limit of 10 forms & 30 pleading paper unless a specific need can be shown.

| | Filled | Library Use Only NA | Over Weekly Limit |
|---|---|---|---|
| 1) 39.040 Notice of Appeal w/instructions | ☒ | ☐ | ☐ |
| 2) 41.070 Pro Se Appellant Packet | ☒ | ☐ | ☐ |
| 3) 41.010 Docketing Statement | ☒ | ☐ | ☐ |
| 4) 41.090 Motion for Appointment of Counsel | ☒ | ☐ | ☐ |
| 5) 42.010 Writ of Certiorari | ☒ | ☐ | ☐ |

**LIBRARY USE ONLY** ▪ *YOU ARE SCHEDULED FOR THE FOLLOWING* ▪ **LIBRARY USE ONLY**

☐ Legal Assistant: WEEK of _____  ☐ Notary: WEEK of _____

☐ ADSEG UNIT: Word Processor _____

Comments: _____
Mr. Young,
    Please send you deadline info
on Judgment Order you received 1-21-09,
along w/ Court and case number so we
can track those in SHU Law Library.

Tracking No. ___ JR045 ___

Date Received: JAN 22 2009

Date Answered: JAN 23 2009

☐ Copy Request ☐ Envelopes ☐ Coordinator ☑ LA Question

*Thank You* — M. Rose

PRO SE EX. 5
CV-08-1496-BR

Staff Signature.

F:\Word Files\BMU DSTR\Communication Forms\Special Housing Law Library Request Form with adseg.doc    11.19.07

# OREGON DEPARTMENT OF CORRECTIONS

### INMATE COMMUNICATION FORM

ORIGINAL

TO: DSU Legal Library - Ms. Rossi                    Date: 31-21-09

State your issue in detail:   Why am I now having problems from you? You are
the Last person in the world, who I would ever think to try to hurt me.
I have been given 120 days in seg., then on the same day I got a
Judgement order dismissing my case against Intel corporation, by
Same mad Dog Rouge Judge. I have Dead Lines, and I have more
problems then a little bit. Today I am denoucing GOD, he is not my
GOD, My Life has Been nothing but misery, with mad Dogges trying to always
pee on my Rose Bushes, and he NEVER Does anything to stop them. Ms. Rossi
you keep saying that there are always Kytes on the Legal carts, - carts
that I can not get to. I wrote a Kyte to the DSU property officer to
return the Books, and to get my Glasses, I've been here 8 days and still
have not gotten my Glasses, so I know that you did not get the books. so
Here is a Kyte signed by me, See if you can get a better result, I CAN'T.
Look I've already Lost All my faith, All I have now is Hope. THANK YOU.

Inmate Committed Name (first middle last)

Matthew Robert Young

| | SID# | Housing Unit |
|---|---|---|
| | 6242666 | DSC-08 B |

Response/Action Taken:

Mr. Young, There are kytes on the legal carts that
Officers take around to distribute mail from the
law library, I am also following up with
Staff to ensure they are available on the unit.
I will check your record for overdue material.
Sence you have reported a legal deadline you
will have to access the library books from your
property to be able to obtain more material.
I will need the Court and
Case number, along with
the date due so I can start
a record in this law library.
Thank you — M. Rossi

Date Received:  JAN 2 2 2009

38073      JAN 2 3 2009

Date Answered:

Referred To*:

Signature of Staff Member:

*If forwarded, please notify the inmate

PRO SE EX. 6
CV-08-1496-BR

CD 214 (12/04)

# Special Housing Legal Property Pull Request Form

Date: Jan 14.09

Last: Young First: Matthew SID#: 6242666 Housing: Unit, Cell & Bunk: DSC 03B

(Example DSD 13A)

## Important! This must be completed

**If this section is not completed, the request will be returned unprocessed.**

Verified Deadline: 01 / 24 / 09 Name of Case: Young v. Nooth

(Example: John Doe v. State of Oregon)

Court: US District County: Multnomah Case Number: CV-08-1138-PK

(Circuit Court, Court Appeals, Etc.)

☐ New legal action    Supply the following information:

Type of action: Motion for Reconsideration Deadline; rule(s) of court and/or OAR(s) supporting

Reconsideration

deadline and action _____

List documents and materials needed. Be specific and include complete descriptions.

**If this section is not completed, the request will be returned unprocessed.**

Eye glasses - 1 - Red folder - 1 Green folder - 1 Blue folder,
Various case Laws and hand written notes - and the 24 sections
Explaining How to Litigate in court, and a flat paper Back
Hand Book for federal Litigation, And my Exhibits to be
Copied and filed with my motion. Thank You

## Staff Use Only

Approved: ✗    Denied _____    Date: _____

Comments: _____

_____ Complete on 1-17-09 _____

RECEIVED

Date Received: JAN 15 2009

Date Answered: _____

Staff Signature

PRO SE EX, 7    9/24/2008

CV-08-1496-BR

*Resubmitting*                 **Special Housing Law Library Request Form**                 *ORIGINAL*

**In order for services to be provided this form must be properly completed for each service requested. Failure to comply with these directives will result in the form being returned without services being scheduled.**

SID: _1242666_      Last: _Young_                          First: _Matthew_

Date: _01/25/09_                           Unit/Cell/Bunk: _DSA_ / _11_ / _____

To be provided EMERGENCY SERVICE, attach the letter/document from the court that states the EMERGENCY.

☑ Verified Deadline: _2/12/09_ Court: _U.S. District_          Case Number: _08-CV-1496-BR_
☑ Legal Assistant Call: _____

                                    Example: Small Claims, Habeas Corpus, Post-Conviction, Mandamus, Etc.

☐ Notary: Type of Document:_____ No. of documents _____

*Case Law/Books*: Limit of 5 materials of which 3 may be books. One item per line.

| | | Filled | NA | Reserved | Denied |
|---|---|---|---|---|---|
| 1) | Milhouse v. Carlson, 652 F.2d 371, 373 | ☐ | ☐ | ☐ | ☐ |
| 2) | Joseph v. Lowery, 261 or 505, 495 P2d 273 | ☐ | ☐ | ☐ | ☐ |
| 3) | Bounds v. Smith, 430 U.S. 817, 821, 97 S.Ct. 1491 | ☐ | ☐ | ☐ | ☐ |
| 4) | Murray v. Giarratano, 492 U.S. 1, 11 n.6, 109 S.Ct. 2765 | ☐ | ☐ | ☐ | ☐ |
| 5) | | ☐ | ☐ | ☐ | ☐ |

All or some materials not sent due to: Over the check out limit ☐ ~~Overdue materials~~ ☑

**Legal forms(s) requested.** There is a weekly limit of 10 forms & 30 pleading paper unless a specific need can be shown.

(Please send me a List of forms) *Resubmitting*

| | | Filled | NA | Over Weekly Limit |
|---|---|---|---|---|
| 1) | 30 piece of Line pleading paper | ☑ | ☐ | ☐ |
| (2) | U.S. District court motion for Extention of time | ☑ | ☐ | ☐ |
| 3) (1) | U.S. District courts Notice of Appeal | ☒ | ☐ | ☐ |
| 4) | | ☐ | ☐ | ☐ |
| 5) | | ☐ | ☐ | ☐ |

---

**LIBRARY USE ONLY**     *YOU ARE SCHEDULED FOR THE FOLLOWING*     **LIBRARY USE ONLY**

☑ Legal Assistant: WEEK of _Pre sched 1-25_          ☐ Notary: WEEK of _____

☐ ADSEG UNIT: Word Processor_____

Comments: _SENT - 36.040, 39.040, Forms List_
_American Bar Association_
_750 N Lake Shore Dr_          _U.S. District Court_
_Chicago, IL 60611_          _1000 SW 3RD Ave Suite 740_
                                    _Portland, OR_
                                    _97204_

Tracking No. _38087_                    ☐ Copy Request ☐ Envelopes ☐ Coordinator ☐ LA Question

Date Received: JAN 26 2009                    , PRO SE EX. 8
JAN 26 2009                    _M Rau_   CV-08-1496-BR
Date Answered: _____          Staff Signature

# Special Housing Law Library Request Form

ORIGINAL

In order for services to be provided this form must be properly completed for each service requested. Failure to comply with these directives will result in the form being returned without services being scheduled.

SID: 12242666  Last: Young  First: Matthew R. Youn

Date: 01/27/09  Unit/Cell/Bunk: DSA / 11 /

To be provided EMERGENCY SERVICE, attach the letter/document from the court that states the EMERGENCY.

☑ Verified Deadline: 2/12/09 Court: U.S. District  Case Number: CV-08-1496-BR

☐ Legal Assistant Call: _____

☐ Notary: Type of Document: _____  No. of documents _____

*Example: Small Claims, Habeas Corpus, Post-Conviction, Mandamus, Etc.*

*Case Law/Books.* Limit of 5 materials of which 3 may be books. One item per line.

|  | | Library Use Only | | | |
|---|---|---|---|---|---|
| | | Filled | NA | Reserved | Denied |
| 1) | I Resubmitted my Last Request with All | ☐ | ☐ | ☐ | ☐ |
| 2) | of the Return CASE LAW; Ms. Feist, Returned | ☐ | ☐ | ☐ | ☐ |
| 3) | Any C3 Law Books out of my property, See over | ☐ | ☐ | ☐ | ☐ |
| 4) | OC Rule of court State                    side | ☐ | ☐ | ☐ | ☐ |
| 5) | ORS VOL. 1 | ☐ | ☐ | ☐ | ☐ |

All or some materials not sent due to: Over the check out limit ☐ Overdue materials ☐

**Legal forms(s) requested.** There is a weekly limit of 10 forms & 30 pleading paper unless a specific need can be shown.

|  | | Library Use Only | | |
|---|---|---|---|---|
| | | Filled | NA | Over Weekly Limit |
| 1) | _____ | ☐ | ☐ | ☐ |
| 2) | _____ | ☐ | ☐ | ☐ |
| 3) | _____ | ☐ | ☐ | ☐ |
| 4) | _____ | ☐ | ☐ | ☐ |
| 5) | _____ | ☐ | ☐ | ☐ |

## LIBRARY USE ONLY   *YOU ARE SCHEDULED FOR THE FOLLOWING*   LIBRARY USE ONLY

☐ Legal Assistant: WEEK of _____          ☐ Notary: WEEK of _____

☐ ADSEG UNIT: Word Processor _____

Comments: Ms. Young, We cannot Re-process Kytes as we track each Corresponce separately. Did you contact Ms. Bishop in regards to your Property Pull? She will need Deadline, case # and court Info. Overdue materials (1-21-09) must be returned. You were placed in DSU on 1-14-09 so I will Check with GP officer.

Please send Kyte to Bishop as you must access property if Library book are stored within, in order to obtain additional legal material,

Tracking No. _____          ☐ Copy Request ☐ Envelopes ☐ Coordinator ☐ LA Question

Date Received: JAN 27 2009

Date Answered: JAN 27 2009

Staff Signature: Rossi

PRO SE EX.4 CV-08-1496-BR

E:\Word Files\IMU DSU Communication Forms\Special Housing Law Library Request Form with adseg.doc          11-19-07

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: DSU property officer _____ Date: Jan. 21. 09

State your issue in detail: I am requesting that you return to the complex 3-Legal Law Library, any Books or case Laws that was picked up with my personal property. And to Please send my seeing Eye Glasses, the one's with the silver frames.

THANK YOU

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Matthew Robert Young | 6242666 | ~~DSC 08 B~~ |

Response/Action Taken: _____ DSA 11

I didnot see any law library material in your property ~.

closed 1 pair silver framed eyeglasses.

Date Received: _____ Referred To*: _____

Date Answered: 1-25-09 _____ Signature of Staff Member: _____

*If forwarded, please notify the inmate

PRO SE EX. #0
CV-08-1496-BR

CD 214 (12/04)