

Print Name: Matthew R. Young
Sid # 6242666
          777 Stanton Blvd.
          Ontario, OR 97914

ORIGINAL

FILED '09 FEB 18 15:16 USDC-ORP

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF OREGON

MATTHEW ROBERT YOUNG ,  )
           Plaintiff ,  )
   )
vs. )
   )
INTEL CORPORATION and STEVE , )
JOBS , )
   )
        Defendants . )
   )
   )
_____ )

File Number 08-1496-BR

**NOTICE OF APPEAL**

Notice is hereby given that Matthew Robert Young ,

in the above named case, hereby appeal to the United States Court of Appeals for the Ninth

Circuit from the (final judgment)(from an order (describing it)) entered in this action on the 29

day of January , 2009 .

Dated this 10 day of Feburary , 2009 .

Respectfully Submitted,

Matthew R. Young
(Signature)
Print Name: Matthew R. Young
Sid # 6242666
          777 Stanton Blvd.
          Ontario, OR 97914

Form 39.040



1    Dear Clerk of the Court.

2       Hi, my name is matthew Young, R., I am the Plaintiff RECVD*09 FEB 18 15:16 USDC-ORP

3    in the civil action of Young, v. Intel corporation, and Steve Jobs,

4    08-CV-1496-BR.

5       I request that You File my enclosed notice of Appeal, with

6    the Ninth circuit court of Appeals, and in the District court record,

7    Appeal From the Judgment order chief Judge Ancer L. Haggery

8    on my request to recusal Judge Anna J. Brown. entered January 29,

9    2009.

10

11

12

13                        Thank You

14                        Respectfully submitted

15                        Matthew R. Young

16

17

18

19

20

21

22

23

24

25

26

Form 03.010 9/98