Young v. Intel Corporation et al                                                                                            Doc. 12

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 28 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW ROBERT YOUNG,<br><br>            Plaintiff - Appellant,<br><br>   v.<br><br>INTEL CORPORATION; et al.,<br><br>            Defendants - Appellees. | No. 09-35164<br><br>D.C. No. 3:08-CV-01496-BR<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: WALLACE, LEAVY and BEA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se

Dockets.Justia.com