Print Name: MATTHEW ROBERT YOUNG
Sid # 6242666
777 Stanton Blvd
Ontario, OR 97914

FILED'09 MAY 07 12:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF OREGON

MATTHEW ROBER YOUNG,  )
          Plaintiff,   )   Case No. 08-CV-1476-BR
                       )
v.                     )   MOTION FOR EXTENSION
                       )   OF TIME
INTEL CORPORATION and, )
STEVE JOBS             )
          Defendants   )   --F.R.C.P. 6(b)--
                       )

COMES NOW, Matthew R. Young, a prisoner not represented by counsel and moves this court for an order granting a 45 day extension of time which to file the court ordered Pleadings.

This due date would be extended to the 21 day of June, 2009. This is the 2 request for an extension of time. This motion is supported by Declaration.

Dated this 4 day of May, 2009.

Respectfully Submitted,

Matthew R. Young
(Signature)
Print Name: Matthew R. Young
Sid # 6242666
777 Stanton Blvd
Ontario, OR 97914

Page 1 of 1 – Motion for Extension of Time

Form 39.080

# DECLARATION
(ORCP Rule 1E)

I, Matthew Robert Young, do declare that:

I am still in Disciplinary Segergation and can not comply with this courts order. I am Due to be Released From Disciplianary Segergation on May 27, 2009. I will need at Least 2 1/2 weeks to get Into the prison Law Library and produce to Document pleading complying with the courts order, in the civil action of Matthew R. Young v. Intel corporation, and Steve Jobs, Case No. 08-cv-1496-BR the first Date in the first motion For Extention of time was Based on Plaintiff's Sincere Belief that he would receive a Disciplinary time cut. He has not.

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 4 day of May, 2009.

_Matthew R. Young_
(Signature)

Print Name: Matthew R. Young
S.I.D. No. 6242666
777 Stanton Blvd.
Ontario, OR 97914