**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 20 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW ROBERT YOUNG, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> INTEL CORPORATION; STEVE JOBS, <br><br> Defendants - Appellees. | No.   09-35164 <br> D.C. No.  3:08-CV-01496-BR <br> District of Oregon, Portland <br><br> **MANDATE** |

The judgment of this Court, entered 04/28/2009, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk