FILED '09 JUL 29 15:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Matthew Robert Young,

        Plaintiff,

v.

Intel Corporation, et al,

        Defendant(s).

08-CV-1496-BR

ORDER

**BROWN, Judge.**

On January 13, 2009, the Court issued an Opinion and Order (#5) in which it granted Plaintiff's Application to Proceed In Forma Pauperis, but concluded Plaintiff had failed to state a claim for relief in his Complaint, and, therefore, dismissed Plaintiff's Complaint without prejudice. The Court also granted Plaintiff an opportunity to amend his Complaint to cure the deficiencies noted in the Court's Opinion and Order. The Court also stated failure to cure these deficiencies would result in dismissal of Plaintiff's Complaint with prejudice.

On June 22, 2009, Plaintiff filed his Amended Complaint. Plaintiff's Amended Complaint does not cure the deficiencies as set forth in the Court's January 13, 2009, Opinion and Order. In

1 - ORDER

fact, other than a new introductory paragraph, Plaintiff's Amended Complaint is virtually identical to Plaintiff's original Complaint.

Accordingly, the Court dismisses Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

DATED this __29th__ day of July, 2009.

					_____
					ANNA J. BROWN
					United States District Judge