IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Matthew Robert Young,

    Plaintiff,

v.

Intel Corporation, et al,

    Defendant(s).

08-CV-1496-BR

JUDGMENT

BROWN, Judge.

Pursuant to the Court's Order (#20),

This action is DISMISSED with prejudice.

DATED this __29th__ day of July, 2009.

                      ANNA J. BROWN
                      United States District Judge

1- ORDER