


Print Name: Matthew R. Young
Sid # 6242666
777 Stanton Blvd.
Ontario, OR 97914

FILED '09 AUG 27 14:11 USDC-ORP

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF OREGON

MATTHEW ROBERT YOUNG,

Appellant,

vs.

Intel corporation, and
STEVE JOBS,

Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

File Number 08-CV-1496 BR

NOTICE OF APPEAL

Notice is hereby given that Matthew Robert Young, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the (final judgment)(from an order (describing it)) entered in this action on the 29 day of July, 2009.

Dated this 20 day of August, 2009.

Respectfully Submitted, Matthew R. Young

Matthew R. Young
(Signature)
Print Name: Matthew R. Young
Sid # 6242666
777 Stanton Blvd.
Ontario, OR 97914

# CERTIFICATE OF SERVICE

CASE NAME: MATTHEW R. YOUNG v. INTEL CORPORATION

CASE NUMBER: (if known) CV-08-1496-BR

COMES NOW, Matthew R. Young, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at 777 Stanton Blvd. Ontario, OR 97914.

That on the 21 day of August, 2009, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Notice of appeal

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Intel corporation
2111 N.E. 25th Ave,
Hillsboro, OR 97124

_____
(Signature) Matthew R. Young

Print Name Matthew R. Young
S.I.D. No.: 6242666
777 Stanton Blvd.
Ontario, OR 97914