**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 11 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW ROBERT YOUNG,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>INTEL CORPORATION; et al.,<br><br>  Defendants - Appellees. | No. 09-35790<br><br>D.C. No. 3:08-cv-01496-BR<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: GOODWIN, RYMER and RAWLINSON, Circuit Judges.

A review of the record, the opening brief and the response to the September 17, 2009 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

SVG/Pro Se